UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                      CASE NO. 07 B 14220
   JAMES A COPEN
                                            CHAPTER 13

                                            JUDGE: A. BENJAMIN GOLDGAR
       Debtor
   SSN XXX-XX-9090
```

------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 08/08/07 and confirmed on 10/26/07.

   2.  The case was dismissed after confirmation, 07/18/2008.

   3.  The Debtor paid a total of $   5900.00 .

   4.  The Trustee made disbursements to creditors as follows:

------------------------------------------------------------------------
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CHASE HOME FINANCE | CURRENT MORTG | .00 | .00 | .00 |
| WM SPECIALTY MORTGAGE | CURRENT MORTG | .00 | .00 | .00 |
| WM SPECIALTY MORTGAGE | MORTGAGE ARRE | 25292.41 | .00 | 2961.62 |
| ILLINOIS DEPT REVENUE | PRIORITY | 1708.94 | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | 9175.95 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 2524.68 | .00 | .00 |
| WE ENERGIES | UNSECURED | 677.47 | .00 | .00 |
| ASSET ACCEPTANCE CORP | UNSECURED | 467.58 | .00 | .00 |
| CHASE HOME FINANCE | MORTGAGE ARRE | 2159.24 | .00 | 252.86 |
| INTERNAL REVENUE SERVICE | UNSECURED | 3312.42 | .00 | .00 |
| ILLINOIS DEPT REVENUE | UNSECURED | 283.62 | .00 | .00 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 27451.65 | 10884.89 | 7265.77 | .00 | 45602.31 |
| PRINCIPAL PAID | 3214.48 | .00 | .00 | .00 | 3214.48 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 3214.48 | .00 | .00 | .00 | 3214.48 |

The Debtor's attorney, CARY N FOLEY           , was allowed $   3500.00
and was paid $   1126.00  direct and $   2374.00  through the plan.

The Trustee received $    311.52 .

Refunds to the Debtor totaled $      .00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.

```
Dated: 10/08/08                      /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE
```